# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND, SCOTT J. REDMAN, WISCONSIN LABORERS HEALTH FUND, BUILDING & PUBLIC WORKS LABORERS VACATION FUND, WISCONSIN LABORERS APPRENTICESHIP AND TRAINING FUND, JOHN J. SCHMITT, WISCONSIN LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST FUND, WISCONSIN LABORERS DISTRICT COUNCIL, WISCONSIN PIPE TRADES HEALTH FUND, JOEL ZIELKE, KENOSHA PLUMBERS LOCAL 118 PENSION FUND, and ROGER CLARK,

          Plaintiffs,

v.

RAWSON CONTRACTING LLC and ANDREW R. SERVI,

          Defendants.

Case No. 17-CV-1277-JPS

**ORDER**

On April 26, 2018, the plaintiffs filed a notice of voluntary dismissal of this action without prejudice. (Docket #6). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiffs' notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 27th day of April, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge